AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Corey Batchelor

V.

City of Chicago, et al.

CASE NUMBER: 1:18-cv-08513

ASSIGNED JUDGE: Honorable Elaine E. Bucklo

DESIGNATED MAGISTRATE JUDGE: Honorable Mary M. Rowland

TO: (Name and address of Defendant)

JAMES McCARDLE
Office of Legal Affairs
CPD Headquarters Building
3510 South Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott R. Drury
Loevy & Loevy
311 N. Aberdeen st., 3rd Floor
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

January 3, 2019
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/3/19 |
| NAME OF SERVER (PRINT) Norma Ortiz | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Record Division

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/3/19
*Date*

Signature of Server: *N. Ortiz*

Address of Server: 4 Star Carrier Collective

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.