# **EXHIBIT 6**

| | |
|---|---|
| **From:** | Scott Drury |
| **To:** | FordyceT@gtlaw.com; flynnk@gtlaw.com |
| **Cc:** | Roshna Bala Keen; Craig B. Futterman |
| **Subject:** | RE: Batchelor v. City of Chicago - Rule 37.2 Conference |
| **Date:** | Sunday, July 19, 2020 9:56:42 PM |

Counsel:

The City has not followed-up with Plaintiff with respect to the issues set forth below. In light of the hearing on the motion to extend the discovery schedule, to the extent it is possible to resolve the open issues, it is important that the parties reach that resolution in short order. With respect to Interrogatory No. 1/Request No. 2, Plaintiff is willing to remove the request for files related to sexual assaults. By the close of business tomorrow, please let me know the time periods the City deems reasonable with respect to Interrogatory No. 1/Request No. 2 and Request No. 1. Plaintiff will view the City's failure to provide a definitive response as an affirmative statement that the parties are at impasse.

--Scott