**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **COREY BATCHELOR,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF CHICAGO;** SEAN RICE as special representative for the estate of **ROBERT RICE**, deceased; **MICHAEL BOSCO;** MARY NITSCHE as special representative For the estate of **LAWRENCE NITSCHE,** deceased; **VICTORIA KEOUGH** as special representative for the estate of **THOMAS KEOUGH; DANIEL McWEENY; FNU McGOVERN; JAMES McARDLE; ROBERT TOVAR; GEORGE WINISTORFER; ROBERT FLOOD; JOHN STOUT;** and as-yet **UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT,**<br><br>Defendants. | **No. 18-cv-08513**<br><br>**The Honorable John F. Kness**<br>**Magistrate Judge Heather K. McShain** |

**JOINT STATUS REPORT BEFORE JUDGE McSHAIN**

Pursuant to the Court's Order [Dkt. 180], the Parties hereby submit the following Joint Status Report:

**1. Status of Review and Production of Polygraph Documents.**

The City of Chicago (the "City") engaged a vendor to digitize 525 microfilm rolls containing potentially responsive polygraph documents. The parties negotiated a list of search terms to run on all the digitized images. After the vendor ran the searches and identified possibly responsive documents, the City reviewed the documents and produced all responsive documents from those microfilm rolls to Plaintiff on February 1, 2021. The produced documents included polygraph questionnaires, polygraphers' notes, and related polygraph documents, but the microfilm rolls did not contain, as the City expected, polygraph charts, which chart the examinee's bodily reactions during the examination.

The City continued its search for the polygraph charts and determined that there were 31 boxes identified by CPD as containing polygraph charts that relate to polygraphs administered during the years 1985 through 1990 and, further, that these boxes were stored at a CPD warehouse. The City visited said warehouse and located 19 of the 31 boxes identified as containing polygraph

charts for the relevant years, which were then tendered to a vendor for review and production preparation on February 11, 2021. The City produced all responsive documents contained within these 19 boxes to Plaintiff on March 9, 2021. The City undertook significant efforts to locate the 12 other boxes that may contain responsive polygraph charts, including, but not limited to, having a vendor review 15 additional boxes to determine if any responsive documents had been misfiled. No responsive documents were identified in this additional search, and there is no location other than the CPD warehouse where additional polygraph charts would be held. The City has exhausted its efforts in searching for responsive polygraph charts, and an affidavit reflecting the same from Herb Keeler, a Forensic Investigator for CPD and the City's main contact point for this search, is forthcoming.

In addition, the City has identified responsive polygraph documents from over 400 homicide investigations. After identifying these documents, the City began collecting the responsive Area Files and Permanent Retention Files from each investigation, making its first production to Plaintiff on February 19, 2021. This is a time-intensive project because it requires the collection, review, and redaction of every police report that is produced. Additionally, the Area Files and Permanent Retention Files are stored in boxes by RD# and year among non-relevant files from other cases, requiring significant manual review to identify responsive documents. The remaining reports will be produced within 60 days, by May 14, 2021.

**2. Status of Oral Discovery.**

Since the parties' last joint status report filed on February 15, 2021, the parties have deposed two third party witnesses, Mary and Diane Thompson. Additionally, in the corresponding case of *Kevin Bailey v. City of Chicago, et al.*, the deposition of Plaintiff Bailey's brother, Keith Bailey, proceeded. Another third-party witness, Methuselah Jones, in the Bailey matter is scheduled for March 30, 2021. The Defendants are working with counsel for Anthony Batchelor to secure a date for his deposition in the coming weeks. Finally, the parties have continued to discuss the timing of the remaining polygraph defendant depositions based on the polygraph documentation production.

**3. *Monell* Discovery.**

Given the recent *Monell* bifurcation ruling in this case, the City is working on identifying all *Monell* discovery produced in *Bailey v. City of Chicago, et al*. that was not produced in this case, and will produce all said discovery in this matter by April 1, 2021. As instructed by the Court's Order directing the parties to confer about a plan for *Monell* discovery, the parties propose a revised fact discovery deadline of June 14, 2021 to allow time for the parties to complete *Monell* discovery as well as the remaining polygraph-related discovery. The parties agree that all subsequent deadlines should be extended by 60 days: Plaintiffs' expert disclosures on July 14,

2021; Defendants' expert disclosures on August 14, 2021; expert discovery to close on September 14, 2021.

**4. Settlement.**

Plaintiff made a settlement demand to the City of Chicago on August 20, 2020. The demand was for a global settlement that would resolve this matter and a companion case filed by Kevin Bailey pending before Judge Tharp. The City issued a counter-offer to the settlement demand on March 18, 2021.

Dated: March 18, 2021

Respectfully submitted,

**CITY OF CHICAGO**

Celia Meza
Acting Corporation Counsel of the City of Chicago

*/s/ Scott Dorsett*
John F. Gibbons
Tiffany S. Fordyce
Kyle L. Flynn
Scott Dorsett
Special Assistant Corporation Counsel
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400

**Plaintiff Corey Batchelor**

*/s/ Roshna Bala Keen*
Jon Loevy
Roshna Bala Keen
Julie Thompson
Scott R. Drury
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

Craig B. Futterman
Edwin F. Mandel Legal Aid Clinic
University of Chicago Law School
6020 South University
Chicago, Illinois 60637
(773) 702-9611

**Defendant Officers**

*/s/ Allyson L. West*
Anthony E. Zecchin
Allyson L. West
Amy A. Hijjawi
Special Assistant Corporation Counsel
Hale & Monico, LLC
53 W. Jackson Blvd., Suite 337
Chicago, Illinois 60604
(312) 870-6933

## CERTIFICATE OF SERVICE

I, Scott Dorsett, an attorney, certify that I electronically filed the attached Joint Status Report before Judge McShain with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record on this 18th day of March 2021.

*/s/ Scott Dorsett*
Attorney for City of Chicago