**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **COREY BATCHELOR,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF CHICAGO;** SEAN RICE as special representative for the estate of **ROBERT RICE**, deceased;<br>**MICHAEL BOSCO;** MARY NITSCHE as special representative<br>For the estate of **LAWRENCE NITSCHE,** deceased;<br>**VICTORIA KEOUGH** as special representative for the estate of **THOMAS KEOUGH; DANIEL McWEENY; FNU McGOVERN; JAMES McARDLE; ROBERT TOVAR; GEORGE WINISTORFER; ROBERT FLOOD; JOHN STOUT;** and as-yet **UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT,**<br><br>Defendants. | **No. 18-cv-08513**<br><br>**The Honorable John F. Kness**<br>**Magistrate Judge Heather K. McShain** |

**JOINT STATUS REPORT BEFORE JUDGE McSHAIN**

Pursuant to the Court's Order [Dkt. 183], the Parties hereby submit the following Joint Status Report:

**1. Status of Review and Production of Polygraph Documents.**

The City of Chicago (the "City") engaged a vendor to digitize 525 microfilm rolls containing potentially responsive polygraph documents. The parties negotiated a list of search terms to run on all the digitized images. After the vendor ran the searches and identified possibly responsive documents, the City reviewed the documents and produced all responsive documents to Plaintiff on February 1, 2021. The produced documents included polygraph questionnaires, polygraphers' notes, and related polygraph documents, but the microfilm rolls did not contain, as the City expected, polygraph charts, which chart the examinee's bodily reactions during the examination.

The City continued its search for the polygraph charts and determined that there were 31 boxes identified by CPD as containing polygraph charts that relate to polygraphs administered during the years 1985 through 1990 and, further, that these boxes were stored at a CPD warehouse. Counsel for the City visited said warehouse and located 19 boxes containing polygraph charts for

the relevant years, after reviewing 31 boxes. On February 11, 2021, the City provided the records to a vendor to process for production. The City produced all responsive documents contained within these 19 boxes to Plaintiff on March 9, 2021. The City undertook significant efforts to locate 12 other boxes that may contain responsive polygraph charts, including, but not limited to, having a vendor review 15 chemical spectra boxes, which contain readout documents similar in appearance to polygraph spectra charts, to determine if any responsive documents had been misfiled. No responsive documents were identified in this additional search. The City is finalizing its search for responsive polygraph charts by reviewing roughly 200 remaining chart documents, which the City expects to complete by May 10, 2021. Based upon the review so far, most of the documents appear to be duplicates of documents previously produced by the City. The City will produce any documents not previously produced.

In addition, the City has identified responsive polygraph documents from over 400 homicide investigations. After identifying these documents, the City began collecting the responsive Area Files and Permanent Retention Files from each investigation, making its first production to Plaintiff on February 19, 2021, and a second production to Plaintiff on March 19, 2021. This is a time-intensive project because it requires the collection, review, and redaction of every police report that is produced. Additionally, the Area Files and Permanent Retention Files are stored in boxes by RD# and year among non-relevant Area and Permanent Retention files from other cases, requiring significant manual review to identify responsive documents. The City anticipates that the remaining reports will be produced by May 14, 2021. The Parties agreed to a 60 day extension to the deadline for this project and a 60 day extension for the close of fact discovery. The Court adopted the Parties' proposed schedule, setting the new fact discovery deadline for June 14, 2021.

**2. Status of Oral Discovery.**

The Defendants deposed Plaintiff's mother, Neisa Batchelor on April 19, 2021 and will depose Plaintiff's brother, Anthony Batchelor, on April 21, 2021. Additionally, the deposition of the remaining non-polygraph Defendant, Defendant McWeeny, has been scheduled for June 10, 2021. Finally, the parties will continue to discuss the timing of the remaining three polygraph Defendant depositions based on the timing of the remaining polygraph production.

**3. Settlement.**

Plaintiff made a settlement demand to the City of Chicago on August 20, 2020. The demand was for a global settlement that would resolve this matter and a companion case filed by Kevin Bailey pending before Judge Tharp. The City issued a counter-offer to the settlement demand on March 18, 2021, and is awaiting response from Plaintiff.

Dated: April 19, 2021

Respectfully submitted,

**CITY OF CHICAGO**

Celia Meza
Acting Corporation Counsel of the City of Chicago

*/s/ Kyle L. Flynn*
John F. Gibbons
Tiffany S. Fordyce
Kyle L. Flynn
Scott Dorsett
Special Assistant Corporation Counsel
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400

**Plaintiff Corey Batchelor**

*/s/ Roshna Bala Keen*
Jon Loevy
Roshna Bala Keen
Julie Thompson
Scott R. Drury
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

Craig B. Futterman
Edwin F. Mandel Legal Aid Clinic
University of Chicago Law School
6020 South University
Chicago, Illinois 60637
(773) 702-9611

**Defendant Officers**

*/s/ Allyson L. West*
Anthony E. Zecchin
Allyson L. West
Amy A. Hijjawi
Special Assistant Corporation Counsel
Hale & Monico, LLC
53 W. Jackson Blvd., Suite 337
Chicago, Illinois 60604
(312) 870-6933

**CERTIFICATE OF SERVICE**

I, Kyle L. Flynn, an attorney, certify that I electronically filed the attached Joint Status Report before Judge McShain with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record on this 19th day of April 2021.

*/s/ Kyle L. Flynn*
Attorney for City of Chicago