IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **COREY BATCHELOR,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**CITY OF CHICAGO;** SEAN RICE as special representative for the estate of **ROBERT RICE**, deceased;<br>**MICHAEL BOSCO;** MARY NITSCHE as special representative<br>For the estate of **LAWRENCE NITSCHE,** deceased;<br>**VICTORIA KEOUGH** as special representative for the estate of **THOMAS KEOUGH; DANIEL McWEENY; FNU McGOVERN; JAMES McARDLE; ROBERT TOVAR; GEORGE WINISTORFER; ROBERT FLOOD; JOHN STOUT;** and as-yet **UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT,**<br><br>　　　　　Defendants. | No. 18-cv-08513<br><br>The Honorable John F. Kness<br>Magistrate Judge Heather K. McShain |

## JOINT STATUS REPORT

　　　　Pursuant to the Court's Order [Dkt. 200], the Parties hereby submit the following Joint Status Report:

**1.　Parties' Positions on the Stay of Discovery.**

　　　　The Parties agree to lift the stay of discovery on October 8, 2021, which follows the City's October 6 mediation conference regarding Kevin Bailey.

**2.　Status of Review of Polygraph Documents.**

　　　　Plaintiff retained multiple contract attorneys and has completed an initial sorting and high-level review of City's polygraph document production. The documents must be analyzed and categorized for purposes of depositions and further *Monell* discovery, a process that Plaintiff's counsel estimates will take an additional 3-4 weeks.

3. **Status of Oral Discovery.**

The Parties will confer regarding the scheduling of Plaintiff's depositions of Defendants McArdle, Stout, and Tovar. Plaintiff plans to take the depositions of third-party witness, Assistant State's Attorney David Fischer and Scott Nelson, and a Rule 30(b)(6) deposition of the City of Chicago. The Parties will confer regarding these depositions.

Defendants have requested that Plaintiff confirm his list of Rule 404(b)/*Monell* witness disclosures. Plaintiff and Defendants have agreed to hold a Rule 37.2 conference regarding this request. At this time, Defendants cannot provide a final estimated number of Rule 404(b)/*Monell* depositions until they have conferred with Plaintiff's counsel.

4. **Proposed Schedule for the Completion of Fact Discovery.**

The Parties agree that all Parties will respond to currently outstanding written discovery requests by October 20, 2021.

Subject to Plaintiff's Rule 404(b)/*Monell* witness disclosures, Defendants anticipate completing all fact discovery by January 21, 2022, but request that the Court set a status date of October 19, 2021 to finalize this date as the close of fact discovery. Plaintiff believes that fact discovery should be completed within three months, inclusive of any depositions of 404(b) witnesses who were disclosed earlier in the litigation, particularly given the stay of discovery that delayed the proceedings by several months already.

Dated: September 22, 2021                    Respectfully submitted,

                                             **CITY OF CHICAGO**

                                             Celia Meza
                                             Corporation Counsel of the City of Chicago

                                             */s/ Kyle L. Flynn*
                                             John F. Gibbons
                                             Tiffany S. Fordyce
                                             Kyle L. Flynn
                                             Scott Dorsett
                                             Special Assistant Corporation Counsel
                                             Greenberg Traurig, LLP
                                             77 W. Wacker Drive, Suite 3100
                                             Chicago, Illinois 60601
                                             (312) 456-8400

**Plaintiff Corey Batchelor**                **Defendant Officers**

*/s/ Roshna Bala Keen*                       */s/ Anthony E. Zecchin*
Jon Loevy                                    Anthony E. Zecchin
Roshna Bala Keen                             Allyson L. West
Julie Thompson                               Kelly Olivier
Scott R. Drury                               Special Assistant Corporation Counsel
Loevy & Loevy                                Hale & Monico, LLC
311 N. Aberdeen, 3rd Floor                   53 W. Jackson Blvd., Suite 337
Chicago, Illinois 60607                      Chicago, Illinois 60604
(312) 243-5900                               (312) 870-6933

Craig B. Futterman
Edwin F. Mandel Legal Aid Clinic
University of Chicago Law School
6020 South University
Chicago, Illinois 60637
(773) 702-9611

## **CERTIFICATE OF SERVICE**

      I, Kyle L. Flynn, an attorney, certify that I electronically filed the attached Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record on this 22nd day of September 2021.

                                          */s/ Kyle L. Flynn*
                                          Attorney for City of Chicago