UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Corey Batchelor
                    Plaintiff,

v.                                        Case No.: 1:18−cv−08513
                                                          Honorable John F. Kness

City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 11, 2021:

        MINUTE entry before the Honorable Heather K. McShain: The parties have reached a settlement in principle that will resolve both the instant case and 19−cv−00197 Bailey v. City of Chicago et al. All discovery deadlines and the telephonic status hearing on 11/19/2021 [211] are stricken. The parties shall file a joint status report by 02/09/2022 to update the Court on the following: (a) when the parties anticipate filing a stipulation to dismiss with prejudice in the instant case; (b) the status of discovery material marked confidential (see para. 14 of Form LR 26.2 Model Confidentiality Order, as entered by the District Court Judge on 06/10/2019 [58]); (c) any other matters the parties wish to raise. Parties are to contact Chambers via email (at Chambers_McShain@ilnd.uscourts.gov) at any time should they require this Court's assistance with any aspect of finalizing the settlement that may arise prior to the filing of the joint status report on 02/09/2022. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.