IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **COREY BATCHELOR,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF CHICAGO;** SEAN RICE as special representative for the estate of **ROBERT RICE**, deceased; **MICHAEL BOSCO;** MARY NITSCHE as special representative for the estate of **LAWRENCE NITSCHE,** deceased; **VICTORIA KEOUGH** as special representative for the estate of **THOMAS KEOUGH; DANIEL McWEENY; FNU McGOVERN; JAMES McARDLE; ROBERT TOVAR; GEORGE WINISTORFER; ROBERT FLOOD; JOHN STOUT;** and as-yet **UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT,**<br><br>Defendants. | No. 18-cv-08513<br><br>The Honorable John F. Kness |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, and with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement executed by the parties, and with each party bearing its own costs and attorneys' fees.

.

|  |  |
|---|---|
| /s/ Jonathan I. Loevy | CELIA MEZA<br>Corporation Counsel of the City of Chicago<br><br>By: /s/ Kyle L. Flynn |
| Jonathan I. Loevy<br>Roshna Bala Keen<br>Julie Thompson<br>Scott R. Drury<br>Loevy & Loevy<br>311 N. Aberdeen, 3rd Floor<br>Chicago, IL 60607<br><br>*Attorneys for Plaintiff* | John F. Gibbons<br>Tiffany S. Fordyce<br>Kyle L. Flynn<br>Scott Dorsett<br>Special Assistant Corporation Counsel<br>Greenberg Traurig, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>T: (312) 456-8400<br>F: (312) 456-8435<br>gibbonsj@gtlaw.com<br>fordycet@gtlaw.com<br>flynnk@gtlaw.com<br>dorsetts@gtlaw.com<br><br>*Attorneys for Defendant City of Chicago* |

/s/ Anthony E. Zecchin

Anthony E. Zecchin
Allyson L. West
Kelly Olivier
Hale & Monico, LLC
53 W. Jackson Blvd., Suite 337
Chicago, IL 60604
T: (312) 870-6933
Special Assistant Corporation Counsel

*Attorneys for Individual Defendants*